1  EILEEN M. DECKER
2  United States Attorney
3  THOMAS D. COKER
   Assistant United States Attorney
4  Acting Chief, Tax Division
5  ANDREW T. PRIBE (CA SBN 254904)
   Assistant United States Attorney
6      Federal Building, Suite 7211
7      300 North Los Angeles Street
       Los Angeles, California 90012
8      Telephone: (213) 894-6551
9      Facsimile: (213) 894-0115
       E-mail: andrew.t.pribe@usdoj.gov
10
11 *Attorneys for the United States of America*

12                 UNITED STATES DISTRICT COURT
13               CENTRAL DISTRICT OF CALIFORNIA
14                       SOUTHERN DIVISION

15 | RICHARD J. TRITZ and IRENE C. TRITZ, | Case No.: SA CV 14-1653 AG(JCG) |
16 |---|---|
17 | Plaintiffs, | Judgment |
18 | v. | |
19 | THE UNITED STATES OF AMERICA and DOES 1–10, | |
20 | | |
21 | Defendants. | |

22
23
24
25
26
27
28

1

1  On the Government's motion for summary judgment and for good cause
2  shown, judgment is entered in favor of the United States of America,
3  Defendant, and against Richard J. Tritz and Irene C. Tritz, Plaintiffs.
4
5  IT IS SO ORDERED.
6
7
8  DATED: June 30, 2016    _____
9                           ANDREW J. GUILFORD
                             UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28